# EXHIBIT A

| Claimant | Remaining Claim Number | Duplicate or Amended Claim to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Stonebridge Bank | 6 | 4 | $2,276,469.13 | Claim No. 6 supersedes Claim No. 4 |

EXHIBIT B

| Claimant | Claim Number | Claim Amount | Reduced Claim Amount | Original Classification | Remaining Classification | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| Stonebridge Bank | 6 | $2,276,469.13 | $1665260.92 | $611,208.21 Secured And $1,665,260.92 Unsecured | Unsecured | Claimant received value of $611,208.21 for secured value of claim through property sale. |