IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 13-13309(KJC) |
| RALPH A. PICARD, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

**DECLARATION OF RALPH A. PICARD IN SUPPORT OF OBJECTION
TO PROOFS OF CLAIM #4 AND #6 FILED BY STONEBRIDGE BANK**

I, RALPH A. PICARD, am the debtor and debtor-in-possession in this chapter 11 bankruptcy case. As such I am very familiar with the claims filed and the amounts due each creditor. Under the penalty of perjury I certify the following to be true and correct.

1. I have reviewed Claim # 4 and Claim # 6, filed by Stonebridge Bank.

2. I have reviewed the foregoing *Objection to Proofs of Claim #4 and #6 filed by Stonebridge Bank* (the "Objection") and find the facts contained therein to be true and accurate.

3. I have reviewed Exhibits A and B to the Objection, and find the information contained therein to be correct and accurate

_____
RALPH A. PICARD

Sworn and subscribed before me this ____ day of June 2014.

_____
STEPHEN W. SPENCE   NOTARY PUBLIC
Attorney at Law
Notarial Officer, State of Delaware
Pursuant to 29 Del.C. § 4323(a)(3)
My Commission Has No Expiration Date