IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 13-13309(KJC) |
| RALPH A. PICARD, ) | Chapter 11 |
| ) | |
| Debtor. ) | Objection Deadline: 7/8/2014 |
| ) | Hearing Date: 7/15/2014 @ 2:00 p.m. |

**NOTICE OF OBJECTION TO PROOF OF CLAIM #7
FILED BY D. STEPHEN PARSONS**

To:  D. Stephen Parsons                D. Stephen Parsons
P.O. Box 480                             c/o Lucian B. Murley, Esquire
Oceanview, DE 19970                Saul Ewing LLP
                                               222 Delaware Avenue, Suite 1200
                                               P.O. Box 1266
                                               Wilmington, DE 19899-1266

Ralph A. Picard (the "Debtor") has filed his *Objection to Proof Claim #7 filed by D. Stephen Parsons* (the "Objection"), seeking to expunge his claim.

**YOU ARE REQUIRED TO FILE A RESPONSE TO THE OBJECTION ON OR BEFORE JULY 8, 2014.**

At the same time you must also serve a copy of the response upon the Debtor's attorney:

Stephen W. Spence, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**HEARING ON THE OBJECTION WILL TAKE PLACE BEFORE THE HONORABLE KEVIN J. CAREY, COURTROOM 5, U.S. BANKRUPTCY COURT, 5th FLOOR, 824 NORTH MARKET STREET, WILMINGTON, DE ON JULY 15, 2014 AT 2:00 P.M.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ Stephen W. Spence
STEPHEN W. SPENCE, ESQUIRE (#2033)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
*Counsel to Ralph A. Picard*

Date:   June 9, 2014