IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 13-13309(KJC) |
| RALPH A. PICARD, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

**DECLARATION OF RALPH A. PICARD IN SUPPORT OF OBJECTION
TO PROOF OF CLAIM #7 FILED BY D. STEPHEN PARSONS**

I, RALPH A. PICARD, am the debtor and debtor-in-possession in this chapter 11 bankruptcy case. As such I am very familiar with the claims filed and the amounts due each creditor. Under the penalty of perjury I certify the following to be true and correct.

1. I have reviewed Claim # 7 filed by D. Stephen Parsons.

2. I have reviewed the foregoing *Objection to Proof of Claim #7 filed by D. Stephen Parsons* (the "Objection") and find the facts contained therein to be true and accurate.

3. I have reviewed Exhibits A and B to the Objection, and find the information contained therein to be correct and accurate.

/s/ Ralph A. Picard
RALPH A. PICARD