# EXHIBIT A

| Name of Claimant | Claim Number | Claim Amount | Reason for Expungement |
|---|---|---|---|
| D. Stephen Parsons | 1 | $845,846.93 | The Creditor has not provided documentation of the alleged debt. The underlying claim of County Bank is disallowed, therefore this claim must be disallowed. Additionally, a portion of this claim is contingent and unliquidated. |