IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 13-13309(KJC) |
| RALPH A. PICARD, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Reference Docket No. |
| | ) | |

**ORDER SUSTAINING DEBTOR'S OBJECTION TO
CLAIM #7 FILED BY D. STEPHEN PARSONS**

AND NOW, THIS _____ day of _____, 2014, having considered the Debtor's *Objection to Proof of Claim #7 Filed by D. Stephen Parsons* (the "Objection") and having considered any response thereto; and it appearing that cause exists for granting the relief requested in the Objection; it is hereby

ORDERED that Proof of Claim #7, filed by D. Stephen Parsons is hereby expunged in its entirety.

_____
THE HONORABLE KEVIN J. CAREY
U.S. Bankruptcy Court Judge