IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 13-13309(KJC) |
| RALPH A. PICARD, ) | Chapter 11 |
| ) | |
| Debtor. ) | Objection Deadline: 7/8/2014 |
| ) | Hearing Date: 7/15/2014 @ 2:00 p.m. |

**OBJECTION TO PROOF OF CLAIM #1 FILED
BY BRANCH BANKING AND TRUST COMPANY**

Ralph A. Picard, the Debtor and Debtor-in-Possession (the "Debtor"), by and through his undersigned counsel hereby filed this Objection to Proof of Claim #1 by Branch Banking and Trust Company ("BB&T") (the "Objection"), seeking to reclassify Claim #1 as unsecured. In support of this Objection the Debtor states the following:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider the Objection under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue of the case and the Objection in this District is proper under 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief requested herein are Bankruptcy Code section 502(b), Bankruptcy Rule 3007, and Local Rule 3007-1.

3. Pursuant to Local Rule 9013-1(f), the Debtor consents to the entry of a final judgment or order with respect to the Objection if it is determined that this Court would lack Article III jurisdiction to enter such final order or judgment absent the consent of the parties.

## BACKGROUND

4. On December 26, 2013 (the "Petition Date"), the Debtor commenced this bankruptcy case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code").

5. On January 16, 2014, BB&T filed a proof of claim with this Court which was assigned Claim #1. It was filed as a secured claim in the total amount of $380,777.04 pursuant to a judgment entered in the Superior Court for the State of Delaware on January 3, 3012.

6. The Debtor is owner of three parcels of real property (the "Real Property"): i) 3 East Indian Street, Fenwick Island, DE 19944 (Sussex County Tax Parcel #134-23-12-181-00) which is allegedly encumbered by a mortgage lien held by JPMorgan Chase Bank, N.A.; ii) 4 East Cannon Street, Fenwick Island, DE 19944 (Sussex County Tax Parcel # 134-23-16-252-00) which is encumbered by a mortgage lien held by TH Mortgage Opportunity Corp., successor in interest to Morgan Stanley Capital Holdings LLC; and iii) 38 West Atlantic Street, Fenwick Island, DE 19944 (Sussex County Tax Parcel # 134-23-16-128-00) which is encumbered with by a mortgage lien held by Wells Fargo Bank, N.A.

7. All mortgages which encumber the Real Property exceed the value of the Real Property.

8. The Court, entered orders at Docket Nos. 23, 24, and 42, valuing the three parcels of Real Property.

9. A judgment lien is only secured when the value of the property is sufficient to create a lien for the judgment holder. None of the Real Property owned by the Debtor has sufficient value to secure this judgment lien.

10. For the above reasons, and as shown on Exhibit "A", attached hereto BB&T's Claim #1 should be an unsecured claim in the amount of $380,777.04.

WHEREFORE the Debtor requests this Court enter the Order in the form attached hereto reclassifying Claim #1 to an unsecured claim in the amount of $380,777.04; and granting such other relief as this Court deems fair and just.

          PHILLIPS, GOLDMAN & SPENCE, P.A.

          */s/ Stephen W. Spence*
          STEPHEN W. SPENCE, ESQUIRE (#2033)
          1200 North Broom Street
          Wilmington, DE 19806
          (302) 655-4200
          (302) 655-4210
          *Counsel to Ralph A. Picard.*

Date: June 12, 2014