# EXHIBIT A

| Name of Claimant | Claim Number | Claim Amount | Claim Classification Status | Modified Classification Status | Reason for Modification |
|---|---|---|---|---|---|
| Branch Bank and Trust Company | 1 | $380,777.04 | Secured | Unsecured | None of the Real Property owned by the Debtor has sufficient value to secure this judgment lien. |