**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | Case No. 13-13309 (KJC) |
| RALPH A. PICARD, | § | |
| | § | Ref. Docket Nos. 77, 80, 83 |
| Debtor. | § | |
| | § | |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM RELATED TO DEBTOR'S OBJECTIONS TO PROOFS OF CLAIM [DOCKET NOS. 77, 80 AND 83]**

PLEASE TAKE NOTICE that, on June 30, 2014, the above-captioned debtor and debtor in possession (the "Debtor") has delivered to the Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 copies of the relevant proofs of claim as listed below related to the respective objections to claims.

A. *Objection to Proofs of Claim #4 and #6 Filed by Stonebridge Bank* [Docket No. 77], filed on June 5, 2014.

    Proof of Claim Number 4

    Proof of Claim Number 6

B. *Objection to Proof of Claim #1 Filed by Branch Bank and Trust Company* [Docket No. 80], filed on June 5, 2014.

    Proof of Claim Number 1

C. *Objection to Claim #7 Filed by D. Stephen Parsons* [Docket No. 83], filed on June 12, 2014.

    Proof of Claim Number 7.

PLEASE TAKE FURTHER NOTICE that the aforementioned Objections to Claims are scheduled for hearing on July 15, 2014 at 2:00 p.m.

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ Stephen W. Spence*
STEPHEN W. SPENCE, ESQUIRE (#2033)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
*Counsel to Ralph A. Picard.*

Date:   June 30, 2014

**CERTIFICATE OF SERVICE**

   I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on June 30, 2014, I caused the foregoing *Notice of Submission of Proofs of Claim Related to Debtor's Objections to Proofs of Claim [Docket Nos. 77, 80 And 83]* to the persons listed below, via email and to the persons on the attached list, via U.S. First Class Mail, postage pre-paid.

Mark Kenney, Esquire
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801-3519

Whittington & Aulgur
Robert T. Aulgur, Jr., Esquire
Kristi J. Doughty, Esquire
651 N. Broad Street, Ste 206
P.O. Box 1040
Middletown, DE 19709-1040

Mr. Ralph Picard
335 West Durham Street
Philadelphia, PA 19119

Lisa R. Hatfield, Esquire
Morris|Hardwick|Schneider, LLC
100 Commerce Drive, Suite 100
Newark, DE 19713

J. William Brehm, Senior Vice President
Stonebridge Bank
605 Willowbrook Lane
West Chester, PA 19382

Lucian B. Murley, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266

Janet Z. Charlton, Esquire
McCabe, Weisberg & Conway, P.C.
One Righter Parkway, Suite 130
Wilmington, Delaware 19803

David M. Klauder, Esquire
Shannon J. Dougherty, Esquire
O'Kelly Ernst & Bielli, LLC
901 N. Market Street, Suite 1000
Wilmington, DE 19801

Sedrick Moore
Bankruptcy Account Manager
Fay Servicing, LLC
440 S. LaSalle St. Suite 2000
Chicago, IL 60605

Under penalty of perjury, I certify the foregoing to be true and correct.

*/s/ Celeste A. Hartman*
CELESTE A. HARTMAN

| | |
|---|---|
| Mark Kenny, Esquire<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801-3519 | Whittington & Aulgur<br>Robert T. Aulgur, Jr., Esquire<br>Kristi J. Doughty, Esquire<br>651 N. Broad Street, Ste 206<br>P.O. Box 1040<br>Middletown, DE 19709-1040 |
| AES /Bank of New York<br>AES/DDB<br>Attn: Bankruptcy Dept.<br>PO Box 8183<br>Harrisburg, PA 17105-2461 | Branch Banking and Trust Company<br>Attn: Tricia D. Woods<br>P.O. Box 1847<br>Wilson, NC  27894 |
| Branch Banking & Trust Company<br>PO Box 2306<br>Wilson, NC 27894-2307 | Capital One Bank<br>Attn:  Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130 |
| Chase Home Mortgage<br>PO Box 24696<br>Columbus, OH 43224-0696 | CitiBank South Dakota, NA<br>701 East 60th Street North<br>Sioux Falls, SD 57117 |
| Morgan Stanley Capital Holdings LLC<br>c/o Specialized Loan Servicing, LLC<br>Attn:  Bankruptcy Dept.<br>8742 Lucent Blvd., Suite 300<br>Littleton, CO 80129 | Secured Payment Systems<br>PO Box 261149<br>San Diego, CA 92196 |

Stephen Anderson, Receiver for VIP
c/o Stephen E. Anderson, Esquire
Futterman Dupree Dodd Croley Maier
180 Sansome Street, 17th Floor
San Francisco, CA 94104

Stephen Parsons
118 Atlantic Avenue, Suite 401
PO Box 480
Ocean View, DE 19970

J. William Brehm, Senior Vice President
Stonebridge Bank
605 Willowbrook Lane
West Chester, PA 19382

Wells Fargo Card Services
Attn: Bankruptcy Dept.
PO Box 9210
Des Moines, IA 50306

World Savings REMEC 31
c/o Bank of New York Mellon, Trustee
101 Barclay Street 4 W
New York, NY 10286

Mr. Ralph Picard
335 West Durham Street
Philadelphia, PA 19119

Lisa R. Hatfield, Esquire
Morris|Hardwick|Schneider, LLC
100 Commerce Drive, Suite 100
Newark, DE 19713

Lucian B. Murley, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266

Fay Services, LLC
Attn: Customer Service Department
P.O. Box 220720
Chicago, IL 60622

Janet Z. Charlton, Esquire
McCabe, Weisberg & Conway, P.C.
One Righter Parkway, Suite 130
Wilmington, Delaware 19803

| | |
|---|---|
| David M. Klauder, Esquire<br>Shannon J. Dougherty, Esquire<br>O'Kelly Ernst & Bielli, LLC<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801 | Sedrick Moore<br>Bankruptcy Account Manager<br>Fay Servicing, LLC<br>440 S. LaSalle St. Suite 2000<br>Chicago, IL 60605 |