In re Ralph A. Picard  
Debtor

Case No. 13-13309 (KJC)  
30-Jun-14

## BALANCE SHEET

## SEE ATTACHED

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| TOTAL CURRENT ASSETS | $ | $ |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| TOTAL PROPERTY & EQUIPMENT | $ | $ |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| TOTAL OTHER ASSETS | $ | $ |
| **TOTAL ASSETS** | $ | $ |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| TOTAL POSTPETITION LIABILITIES | $ | $ |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| TOTAL PRE-PETITION LIABILITIES | $ | $ |
| | | |
| TOTAL LIABILITIES | $ | $ |
| **OWNER EQUITY** | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| NET OWNER EQUITY | $ | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3  
(04/07)

3:17 PM
07/06/14
Accrual Basis

# RESORT POINTE CUSTOM HOMES LLC
## Balance Sheet
### As of June 30, 2014

|  | Jun 30, 14 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Fenwick Rentals | 165,049.24 |
| PNC Resort | 56,798.95 |
| **Total Checking/Savings** | 221,848.19 |
| **Total Current Assets** | 221,848.19 |
| **Fixed Assets** | |
| Furniture and Equipment | 236.97 |
| **Total Fixed Assets** | 236.97 |
| **TOTAL ASSETS** | **222,085.16** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Security Deposits Payable | 46,650.00 |
| **Total Other Current Liabili...** | 46,650.00 |
| **Total Current Liabilities** | 46,650.00 |
| **Total Liabilities** | 46,650.00 |
| **Equity** | |
| Members Equity | -36,934.64 |
| Opening Balance Equity | 55,036.56 |
| Owner's Equity | 13,417.16 |
| Net Income | 143,916.08 |
| **Total Equity** | 175,435.16 |
| **TOTAL LIABILITIES & EQUITY** | **222,085.16** |

10:33 AM
07/07/14
Accrual Basis

# RESORT POINTE CUSTOM HOMES LLC
## Balance Sheet
### As of December 26, 2013

|  | Dec 26, 13 |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Checking/Savings | |
|       Artisan Resort | 27,220.25 |
|       Fenwick Rentals | 35,651.32 |
|     Total Checking/Savings | 62,871.57 |
|   Total Current Assets | 62,871.57 |
| **TOTAL ASSETS** | **62,871.57** |
| **LIABILITIES & EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Other Current Liabilities | |
|         Security Deposits Payable | 30,000.00 |
|       Total Other Current Liabili... | 30,000.00 |
|     Total Current Liabilities | 30,000.00 |
|   Total Liabilities | 30,000.00 |
|   Equity | |
|     Opening Balance Equity | 55,036.56 |
|     Owner's Equity | 14,369.04 |
|     Net Income | -36,534.03 |
|   Total Equity | 32,871.57 |
| **TOTAL LIABILITIES & EQUITY** | **62,871.57** |

In re Ralph A. Picard  
        Debtor

Case No. 13-13309 (KJC)  
Reporting Period    30-Jun-14

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.  
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.  
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | NO TAX LIABILITIES | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | NONE | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

Page 41 of 42

FORM MOR-4  
(04/07)

| | |
|---|---|
| In re Ralph A. Picard | Case No. 13-13309 (KJC) |
| Debtor | |

## N/A CASH BASIS

6/30/2014

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |
| **Accounts Receivable Aging** | **Amount** | |
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

FORM MOR-5
(04/07)

## CERTIFICATE OF SERVICE

    I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on July 10, 2014, I caused the foregoing *Monthly Operating Report for the Period June 2014* upon those persons on the attached sheet.

    Under penalty of perjury, I certify the foregoing to be true and correct.

                                                */s/ Celeste A. Hartman*
                                                CELESTE A. HARTMAN

Mark Kenny, Esquire
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801-3519

Whittington & Aulgur
Robert T. Aulgur, Jr., Esquire
Kristi J. Doughty, Esquire
651 N. Broad Street, Ste 206
P.O. Box 1040
Middletown, DE 19709-1040

AES /Bank of New York
AES/DDB
Attn: Bankruptcy Dept.
PO Box 8183
Harrisburg, PA 17105-2461

Branch Banking and Trust Company
Attn: Tricia D. Woods
P.O. Box 1847
Wilson, NC  27894

Branch Banking & Trust Company
PO Box 2306
Wilson, NC 27894-2307

Capital One Bank
Attn:  Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130

Chase Home Mortgage
PO Box 24696
Columbus, OH 43224-0696

CitiBank South Dakota, NA
701 East 60th Street North
Sioux Falls, SD 57117

Morgan Stanley Capital Holdings LLC
c/o Specialized Loan Servicing, LLC
Attn:  Bankruptcy Dept.
8742 Lucent Blvd., Suite 300
Littleton, CO 80129

Secured Payment Systems
PO Box 261149
San Diego, CA 92196

Stephen Anderson, Receiver for VIP
c/o Stephen E. Anderson, Esquire
Futterman Dupree Dodd Croley Maier
180 Sansome Street, 17th Floor
San Francisco, CA 94104

Stephen Parsons
118 Atlantic Avenue, Suite 401
PO Box 480
Ocean View, DE 19970

J. William Brehm, Senior Vice President
Stonebridge Bank
605 Willowbrook Lane
West Chester, PA 19382

Wells Fargo Card Services
Attn: Bankruptcy Dept.
PO Box 9210
Des Moines, IA 50306

World Savings REMEC 31
c/o Bank of New York Mellon, Trustee
101 Barclay Street 4 W
New York, NY 10286

Mr. Ralph Picard
335 West Durham Street
Philadelphia, PA 19119

Lisa R. Hatfield, Esquire
Morris|Hardwick|Schneider, LLC
100 Commerce Drive, Suite 100
Newark, DE 19713

Lucian B. Murley, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266

Fay Services, LLC
Attn: Customer Service Department
P.O. Box 220720
Chicago, IL 60622

Janet Z. Charlton, Esquire
McCabe, Weisberg & Conway, P.C.
One Righter Parkway, Suite 130
Wilmington, Delaware 19803

| | |
|---|---|
| David M. Klauder, Esquire<br>Shannon J. Dougherty, Esquire<br>O'Kelly Ernst & Bielli, LLC<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801 | Sedrick Moore<br>Bankruptcy Account Manager<br>Fay Servicing, LLC<br>440 S. LaSalle St. Suite 2000<br>Chicago, IL 60605 |