IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                )
                                      )   Case No. 13-13309(KJC)
RALPH A. PICARD,                      )   Chapter 11
                                      )
    Debtor.                           )
                                      )
                                      )

## DECLARATION OF RALPH A. PICARD IN SUPPORT OF OBJECTION TO PROOF OF CLAIM #9 FILED BY TH MORTGAGE OPPORTUNITY CORP.

I, RALPH A. PICARD, am the debtor and debtor-in-possession in this chapter 11 bankruptcy case. As such I am very familiar with the claims filed and the amounts due each creditor. Under the penalty of perjury I certify the following to be true and correct.

1. I have reviewed Claim #9 filed by TH Mortgage Opportunity Corp.

2. I have reviewed the foregoing *Objection to Proof of Claim #9* filed by TH Mortgage Opportunity Corp. (the "Objection") and find the facts alleged therein to be true and accurate.

3. I have reviewed Exhibits A through J to the Objection, and the information contained therein are true copies of those documents in my possession or provided by my counsel.

_____
RALPH A. PICARD

Sworn and subscribed before me this 10th day of July 2014.

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Faith A. Bellamy, Notary Public
City of Philadelphia, Philadelphia County
My commission expires February 16, 2015