# EXHIBIT A

| Name of Claimant | Claim Number | Claim Amount | Claim Classification Status | Reason for Expungement |
|---|---|---|---|---|
| TH Mortgage Opportunity Corp. | 9 | $1,454,152.68 | Secured | The Creditor has not provided verification of underlying note and mortgage. |

Or in the Alternative

| Name of Claimant | Claim Number | Claim Amount | Claim Classification Status as Filed | New Classification | Reason for Change in Classification |
|---|---|---|---|---|---|
| TO BE VERIFIED | 9 | $1,454,152.68 | Secured | $800,000 classified as Secured $654,152.67 classified as Unsecured | Compliance with the Valuation Order and the Confirmed Plan. |