# EXHIBIT "B"

File Number: 3806273
PICRA-*y 5*

## Fidelity National Title Insurance Company

## TITLE INFORMATION BRINGDOWN

Phillips, Goldman & Spence
1200 N. Broom Street,
Wilmington, DE 19806

RE:   Seller/Owner:        Ralph Picard
      Buyer/Borrower:
      4 E. Cannon St.
      Fenwick Island, DE 19944

      Lot 16

Pursuant to your request for supplemental information relevant to our referenced file, the Company has caused a search to be made of the Public Records of Sussex County, Delaware, through 06/20/2014 at 8:00 A.M. Said search reveals that the following documents have been recorded during said period:

US BANKRUPTCY: 13-13309

This is a bring down from 5/20/13, see previous search for further information

CAUTION: A determination of the validity and effect of any instrument listed above must be made before any commitment, policy, or endorsement is issued in reliance thereon.

NOTE Customer comments on bringdown request:

Bringdown                                                          Page 1 of 1

SEARCH#: 3 Ro16 273          TAXAP #: 1-34-2  16-252

COVER DATE: 6/20/14          TODAY'S DATE: 6/25/14

LOCATION: Fenwick Island Lot 16     TAX ID#:

| Name & Date | Mortgages | Assignment Records | Federal Tax Liens and Federal Judgements (searched 20 years) | UCC | Judgments | Mechanic Liens |
|---|---|---|---|---|---|---|
| Picard, Ralph<br><br>5/20/13  TO DATE | / | / | / | / | 513 05-044<br>MA<br>Complimitary | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## SUMMARY

**DATE:** May 20, 2013                                    **SEARCH NO.:** 3806273

**PROPERTY:**            4 E. Cannon St.

**SUBDIVISION:**         Fenwick Island       **HUNDRED:**   Baltimore Hundred
                         Lots

**PARCEL NUMBER:**       1-34-23.16-252.00

**LOT NUMBER:**          16          **BLOCK:**            **SECTION:**   B

**DEED RECORD:**

**SELLERS/OWNERS:**      Ralph Picard

**BUYERS/BORROWERS:**

**DEED RECORD:** 3425-68

**DIRECT CONVEYANCES:** NONE

**MORTGAGE:** $1,358,000.00 from Ralph A. Picard to Branch Banking and Trust Company, dated 2/28/07 and recorded 3/18/07 in Mortgage Record 9461, Page 88.

**Assignment:** 11507-178 and 11538-260.

**FEDERAL TAX LIEN:** NONE

**FINANCE STATEMENT:** NONE

**JUDGEMENT:** Branch Banking and Trust Company  vs. Ralph A. Picard for the amount of $292,388.36 plus interest and costs, recorded  in Judgment Record  10C, Volume 10, Page 011.

**JUDGEMENT:** Branch Banking and Trust Company  vs. Ralph A. Picard for the amount of $1,358,000.00 plus interest and costs, recorded  in Judgment Record  10L, Volume 03, Page 019.

**JUDGEMENT:** Wells Fargo Bank  vs. Ralph A. Picard for the amount of $1,853,035.05 plus interest and costs, recorded 10/15/12 in Judgment Record  11L, Volume 06, Page 063.

**MECHANICS LIENS:** NONE

**US BANKRUPTCY:** NONE

**PATRIOT ACT:** NONE

Present Owner Search

**RESTRICTIONS:** NONE

**MISCELLANEOUS:** NONE

**NOTES:** This is a bring down from present owner search dated 2/26/12, see previous search for further information

**NOTICE:** This Title Search Report does not constitute title insurance; liability hereunder is assumed by the Company solely in its capacity as abstractor for its negligence, mistakes or omissions in a sum not exceeding Five Hundred Dollars unless used in conjunction with a title insurance policy written through this company.

**TAXES, CHARGES AND ASSESSMENTS:** Accruing from 2012 - 2013.

# SUMMARY

**DATE:** February 26, 2012                                           **SEARCH NO.:** 3806273

**PROPERTY:**                    4 E. Cannon St.

**SUBDIVISION:**                 Fenwick Island    **HUNDRED:**   Baltimore Hundred
                                 Lots

**PARCEL NUMBER:**               1-34-23.16-252.00

**LOT NUMBER:**                  16        **BLOCK:**            **SECTION:**   B

**DEED RECORD:**

**SELLERS/OWNERS:**              Ralph Picard

**BUYERS/BORROWERS:**

**DEED RECORD:** 3425-68

**DIRECT CONVEYANCES:** NONE

**MORTGAGE:** $1,358,000.00 from Ralph A. Picard to Branch Banking and Trust Company, dated 2/28/07 and recorded 3/18/07 in Mortgage Record 9461, Page 88.

**Assignment:** 11507-178 and 11538-260.

**FEDERAL TAX LIEN:** NONE

**FINANCE STATEMENT:** NONE

**JUDGEMENT:** Branch Banking and Trust Company vs. Ralph A. Picard for the amount of $292,388.36 plus interest and costs, recorded in Judgment Record 10C, Volume 10, Page 011.

**JUDGEMENT:** Branch Banking and Trust Company vs. Ralph A. Picard for the amount of $1,358,000.00 plus interest and costs, recorded in Judgment Record 10L, Volume 03, Page 019.

**MECHANICS LIENS:** NONE

**US BANKRUPTCY:** NONE

**PATRIOT ACT:** NONE

**RESTRICTIONS:** NONE

**MISCELLANEOUS:** NONE

3425-68

BKO3425  Tax Map and Parcel #: 1-34-23.16-
00001-2306
P600068
PREPARED BY:
Joseph C. Raskauskas, P.A.
P.O. Box 1509
Bethany Beach, DE 19930
File No. 2007-027/MFB

**THIS DEED**, made this _____ day of February, 2007.

- BETWEEN -

**RALPH PICARD**  2 Cannon Street, Fenwick Island DE 19944 and **SUSAN PICARD**, of 503 N. President Avenue, Lancaster, PA 17603, parties of the first part,

- AND -

**RALPH PICARD**, of 2 Cannon Street, Fenwick Island, DE 19944, as sole owner, party of the second part.

**WITNESSETH**: That the said parties of the first part, for and in consideration of the sum of Ten AND 00/100 DOLLARS ($10.00), lawful money of the United States of America, the receipt whereof is hereby acknowledged, hereby grant and convey unto the party of the second part, and his heirs and assigns, in fee simple, the following described lands, situate, lying and being in Sussex County, State of Delaware:

All that certain lot, piece or parcel of land, lying and being situate in the Town of Fenwick Island, Baltimore Hundred, Sussex County, Delaware and being known and designated as Lot No. 16, Section B , as shown on the Plot of "FENWICK ISLAND LOTS", as recorded in the Office of the Recorder of Deeds, at Georgetown, Sussex County, Delaware in Deed Book EJA No. 335, page 600, said lot having a frontage on Cannon Street of 39.88 feet to the bank of the lot widening to 40.04 feet and depth of 150.00 feet, containing 5,994 square feet of land, more or less.

BEING the same lands conveyed unto Ralph Picard and Susan Picard by Corrective Deed of Paul L. Schlosser and Dorothy Joanne Schlosser dated May 15, 2003, and filed for record in the Office of the Recorder of Deeds in and for Sussex County, Delaware, in Book 2865, Page 272.

| County | State | Total |
|--------|-------|-------|
| 0.00 | 0.00 | 0.00 |
| counter | Date: 03/13/2007 | |

1

U000012306
BK03425 PG00069

IN WITNESS WHEREOF, the parties of the first part have hereunto set their hands and seals the day and year first above written.

Signed, Sealed and Delivered
in the presence of:

_____ _____ (SEAL)
RALPH PICARD

_____ _____ (SEAL)
SUSAN PICARD

Pennsylvania Chester
STATE OF ~~DELAWARE~~, COUNTY OF ~~SUSSEX~~: to-wit

BE IT REMEMBERED, that on February 28, 2007, personally came before me, the subscriber, RALPH PICARD one of the parties of the first part to this Indenture, known to me personally to be such, and acknowledged this Indenture to be their act and deed.

Given under my Hand and Seal of office the day and year aforesaid.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Samuel W. Rump, Notary Public
West Chester Boro, Chester County
My Commission Expires May 7, 2010
Member, Pennsylvania Association of Notaries

Notary Public
Printed Name: _____
My Commission Expires: _____

RECORDER OF DEEDS
JOHN F. BRADY
03/13/2007 12:39P
SUSSEX COUNTY
DOC, SURCHARGE PAID

STATE OF PENNSYLVANIA, COUNTY OF _____: to-wit

BE IT REMEMBERED, that on February 16TH, 2007, personally came before me, the subscriber, SUSAN PICARD one of the parties of the first part to this Indenture, known to me personally to be such, and acknowledged this Indenture to be their act and deed.

Given under my Hand and Seal of office the day and year aforesaid.

TOWN OF FENWICK ISLAND
REALTY TRANSFER TAX
SERIAL # 1654
AMOUNT 0
DATE 3 13 07
BY Covington Foreman

Notary Public
Printed Name: CLAUDIA D. REVERON
My Commission Expires Commonwealth of Pennsylvania
NOTARIAL SEAL
CLAUDIA D. REVERON, Notary Public
City of Lancaster, County of Lancaster
My Commission Expires October 10, 2009

RETURN TO:
RALPH PICARD
~~2 Carson Street~~
~~Fenwick Island, DE 19944~~
DGLMCD
37474 Leisure DR.
Selbyville, DE 19975

RECEIVED

MAR 14 2007

ASSESSMENT DIVISION
OF SUSSEX COUNTY
2

000012307
BK09461 PG00088

Parcel Number: 1-34-23/6 -252.00

Prepared By:
Branch Banking and Trust Company

Return To: Branch Banking and Trust Company
MailCode: 900-01-03-20
P.O. Box 3029
Greenville, SC 29602      07-027

—————— [Space Above This Line For Recording Data] ——————

## MORTGAGE

MIN 100159969218699653

### DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated February 28, 2007, together with all Riders to this document.
(B) "Borrower" is Ralph A Picard

Borrower is the mortgagor under this Security Instrument.
(C) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

6921869965
DELAWARE - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS

7000679586
Form 3009 1/01

VMP-6A(DE) (0504).01
Page 1 of 17          Initials:
          VMP Mortgage Solutions, Inc.

000012307
BK09461  PG00089

(D) "Lender" is Branch Banking and Trust Company

Lender is a Corporation
organized and existing under the laws of
Lender's address is 223 West Nash Street, Wilson, NC  27893

(E)  "Note"  means  the  promissory  note  signed  by  Borrower  and  dated
as of the date hereof                          . The Note states that Borrower owes Lender
One Million Three Hundred Fifty Eight Thousand  And Zero/100
                                                                          Dollars
(U.S. $ 1,358,000.00                 ) plus interest. Borrower has promised to pay this
debt  in  regular  Periodic  Payments  and  to  pay  the  debt  in  full  not  later  than
March 01, 2037  .
(F) "Property" means the property that is described below under the heading "Transfer of
Rights in the Property."
(G) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and
late charges due under the Note, and all sums due under this Security Instrument, plus
interest.
(H) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The
following Riders are to be executed by Borrower [check box as applicable]:

| ☐ Adjustable Rate Rider | ☐ Condominium Rider | ☐ Second Home Rider |
| ☐ Balloon Rider | ☐ Planned Unit Development Rider | ☐ 1-4 Family Rider |
| ☐ VA Rider | ☐ Biweekly Payment Rider | ☐ Other(s) [specify] |

(I) "Applicable Law" means all controlling applicable federal, state and local statutes,
regulations, ordinances and administrative rules and orders (that have the effect of law) as
well as all applicable final, non-appealable judicial opinions.
(J) "Community Association Dues, Fees, and Assessments" means all dues, fees,
assessments and other charges that are imposed on Borrower or the Property by a
condominium association, homeowners association or similar organization.
(K) "Electronic Funds Transfer" means any transfer of funds, other than a transaction
originated by check, draft, or similar paper instrument, which is initiated through an electronic
terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or
authorize a financial institution to debit or credit an account. Such term includes, but is not
limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by
telephone, wire transfers, and automated clearinghouse transfers.
(L) "Escrow Items" means those items that are described in Section 3.
(M) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or
proceeds paid by any third party (other than insurance proceeds paid under the coverages
described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or
other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv)
misrepresentations of, or omissions as to, the value and/or condition of the Property.
(N) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or
default on, the Loan.

6921869965

VMP®-6A(DE) (0504).01                         Page 2 of 17                         7000679586

                                                                          Initials:              Form 3008  1/01

VICKI INGRAM

```
                                    000012307
                        BK09461    PG00103
```

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Signed, sealed and delivered in the presence of:

_____            _____ (Seal)
                                       Ralph A Picard              -Borrower


_____            _____ (Seal)
                                                                    -Borrower


_____ (Seal)           _____ (Seal)
            -Borrower                                               -Borrower


_____ (Seal)           _____ (Seal)
            -Borrower                                               -Borrower


_____ (Seal)           _____ (Seal)
            -Borrower                                               -Borrower


6921869965                                          7000679586

VMP-6A(DE) (0604).01          Page 16 of 17        Form 3008  1/01

BK09461    PG00105
000012307

## Exhibit A

All that certain lot, piece or parcel of land, lying and being situate
in the Town of Fenwick Island, Baltimore Hundred, Sussex
County, Delaware and being known and designated as Lot No. 16,
Section B , as shown on the Plot of "FENWICK ISLAND LOTS",
as recorded in the Office of the Recorder of Deeds, at Georgetown,
Sussex County, Delaware in Deed Book EJA No. 335, page 600,
said lot having a frontage on Cannon Street of 39.88 feet to  the
bank of the lot widening to 40.04 feet and depth of  150.00 feet,
containing 5,994 square feet of land, more or less.

RECORDER OF DEEDS
JOHN F. BRADY
03/13/2007  12:39P
SUSSEX COUNTY
DOC. SURCHARGE PAID



47905

BK#11507    PG#    178

RTA:18194
Prepared By/Return To:
Whittington & Aulgur
651 NORTH BROAD STREET #206
P.O. BOX 1040
MIDDLETOWN, DE 19709

TAX I.D. #1-34-23.16-252.00
After recording return to
Whittington & Aulgur
651 NORTH BROAD STREET #206
P.O. BOX 1040
MIDDLETOWN, DE 19709

Loan Number:6921869965
MIN:100159969218699653
MERS Phone: 1-888-679-6377

CORPORATION ASSIGNMENT of MORTGAGE

FOR VALUE RECEIVED, Mortgage Electronic Registration Systems, Inc. ( MERS )

the undersigned hereby grants, assigns and transfers to

BRANK BANKING AND TRUST COMPANY

all beneficial interest under that certain Mortgage dated FEBRUARY 28, 2007
executed by:      RALPH A. PICARD
                  2 CANNON STREET
                  FENWICK ISLAND, DE 19944

TO/FOR:

and recorded in BOOK 9461 PAGE 88 on MARCH 13, 2007
of official Records in the County Recorder s Office of SUSSEX County, Delaware.

MORTGAGE  AMOUNT: $1,358,000.00

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and
all rights accrued or to accrue under said Mortgage.

Mortgage Electronic Registration Systems, Inc.
BY:
NAME:    Cecelia Knox
TITLE:    Vice President

STATE OF      MN
COUNTY OF    Dakota                    )
                                       )

On 12-15-2009 before me, the undersigned, a Notary Public in and for said State personally appeared Cecelia Knox
Vice President of Mortgage Electronic Registration Systems, Inc. ( MERS ) personally known to me to
be the person whose name is subscribed to the within instrument and acknowledged to me the s/he executed the same in his/her
authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed
the instrument. WITNESS my hand and official seal.

Notary Public in and for said State

CARMELA D. LAGARILE
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2013

Recorder of Deeds
John F. Brady
Dec 29,2009 11:02A
Sussex County
Doc. Surcharge Paid

1778
BK:11538   PG:   260

RTA 18194

Tax Parcel No. 1-34-23.16-252.00

Prepared By:
Return To:        Whittington & Aulgur
                  P.O. Box 1040
                  Middletown, DE 19709

MORTGAGOR: Ralph A. Picard

LOAN NO. 6921869965

RE-RECORDED
TO CORRECT ASSIGNEE

# ASSIGNMENT

Assignment   from:   **MORTGAGE   ELECTRONIC   REGISTRATION**

**SYSTEMS, INC.**

To: **BRANCH BANKING AND TRUST COMPANY.**

CR

BK=11538    PG=    261

47905

BK=11507    PG=    178

RTA:18194
Prepared By/Return To:
Whittington & Aulgur
651 NORTH BROAD STREET #206
P.O. BOX 1040
MIDDLETOWN, DE 19709

TAX I.D. #1-34-23.16-252.00
After recording return to
Whittington & Aulgur
651 NORTH BROAD STREET #206
P.O. BOX 1040
MIDDLETOWN, DE 19709

Loan Number:6921869965
MIN:100159969218699653
MERS Phone: 1-888-679-6377

CORPORATION ASSIGNMENT of MORTGAGE

FOR VALUE RECEIVED, Mortgage Electronic Registration Systems, Inc. ( MERS )

the undersigned hereby grants, assigns and transfers to

**BRANK BANKING AND TRUST COMPANY**

all beneficial interest under that certain Mortgage dated FEBRUARY 28, 2007
executed by:      RALPH A. PICARD
                  2 CANNON STREET
                  FENWICK ISLAND, DE 19944

TO/FOR:

Recorder of Deeds
John F. Brady
Jan 20,2010 10:13A
Sussex County
Doc. Surcharge Paid

and recorded in BOOK 9461 PAGE 88 on MARCH 13, 2007
of official Records in the County Recorder s Office of SUSSEX County, Delaware.

MORTGAGE AMOUNT: $1,358,000.00

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and
all rights accrued or to accrue under said Mortgage.

Mortgage Electronic Registration Systems, Inc
BY
NAME:    Cecelia Knox
TITLE:    Vice President

MN

STATE OF                       )
COUNTY OF    Dakota            )

On 12-15-2009 before me, the undersigned, a Notary Public in and for said State personally appeared  Cecelia Knox
_____ Vice _____ President of Mortgage Electronic Registration Systems, Inc. ( MERS ) personally known to me to
be the person whose name is subscribed to the within instrument and acknowledged to me the s/he executed the same in his/her
authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed
the instrument. WITNESS my hand and official seal.

Notary Public in and for said State

CARMELA D. LAGARLE
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2013

Recorder of Deeds
John F. Brady
Dec 29,2009 11:02A
Sussex County
Doc. Surcharge Paid

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR SUSSEX COUNTY
AS OF 03/01/2012 09:35 AM

| | | | |
|---|---|---|---|
| Civil Action No: | S10L-03-019 THG | Filing Date: | 3/4/2010 |
| Case Type: | MORTGAGE | Trial Type: | N/A |
| Case Status: | CLOSED | E-Filed: | YES |
| Case Track: | NON-ADR/EFILE/EXPEDITED/NJURY STANDARD CASE TRACK | Has Judgment: | YES |

**See Docket Section For Judgment Information*See Judgment Information Section Below*

Case Caption:  BRANCH BANKING & TRUST COMPANY, A
FOREIGN CORPORATION; ASSIGNEE OF
MORTGAGE ELECTRONIC REGISTRATION, A
CORPORATION ORGANIZED AND EXISTING UNDER THE
LAWS OF THE STATE OF DELAWARE, PLAINTIFF

VS

RALPH A PICARD, DEFENDANT

**Parties**                                              **Attorney**
BRANCH BANKING AND TRUST CO,                    ROBERT T AULGUR JR.
PLAINTIFF

RALPH A PICARD, DEFENDANT

## Docket(Information)

| Docket Date | Docket Text |
|---|---|
| 3/4/2010 | INITIAL COMPLAINT<br>DATE DOCKETED: MARCH 5, 2010<br>foreclosure complaint<br>exhibit A<br>exhibit B<br>exhibit C<br>exhibit D<br>praecipe<br>summons<br>cis sheet<br>ACCEPTED BY: KDM<br>DATE DOCKETED: 05-MAR-2010 |
| 3/4/2010 | INITIAL FILING MORTGAGE FORECLOSURE - HJ<br>(IN REM ONLY)<br>(ROBERT AULGUR, JR.)<br>DATE DOCKETED: MARCH 5, 2010 |
| 3/26/2010 | SUMMONS SENT TO SHERIFF FOR SERVICE ON RALPH A. PICARD<br>DATE DOCKETED: MARCH 26, 2010 |
| 4/20/2010 | WRIT RETURNED:<br>DATE DOCKETED: APRIL 21, 2010<br>FILED BY: JOHNSON, HEATHER HJ<br>SERVED RALPH PICARD BY SERVING MARY MCDEVITT HOUSE KEEPER ON 4-1-10<br>ACCEPTED BY: HJ<br>DATE DOCKETED: 21-APR-2010 |
| 4/29/2010 | PROOF OF MAILING AND POSTING PURSUANT TO SUPERIOR COURT CIVIL RULE 4(F)(4)<br>FILED<br>DATE DOCKETED: APRIL 30, 2010<br>PROOF OF MAILING - RULE 4 (f)(4) IN SUPPORT OF DIRECTION TO ENTER DEFAULT<br>JUDGMENT<br>ACCEPTED BY: HJ<br>DATE DOCKETED: 30-APR-2010 |

| | |
|---|---|
| 4/29/2010 | DIRECTION TO ENTER DEFAULT JUDGMENT FILED 4-29-10 -HJ<br>DATE DOCKETED: APRIL 30, 2010<br>JUDGMENT IS ENTERED AGAINST: RALPH A PICARD<br>JUDGMENT AMOUNTS TO BE PAID AS FOLLOWS:<br>PRINCIPAL $1358000.00<br>INTEREST $74273.78<br>LATE CHARGES $3819.40<br>FORECLOSURE COST $825.00<br>TOTAL JUDGMENT AMOUNT= $1436918.18<br>ACCEPTED BY: HJ<br>DATE DOCKETED: 30-APR-2010 |

Please check the Docket for information related to judgments.

## JUDGMENT INFORMATION

Docket Text:                                                    Judgment Date:
                                                                Judgment Status:

Judgment Against: RALPH PICARD
Judgment By: ROBERT AULGUR

PRINCIPAL  1,358,000.00
INTEREST     74,273.78
LATE CHARGES    3,819.40
FORECLOSURE COST     825.00
Total Assessed Amount: 1,436,918.18

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

EFiled: Mar 4 2010 10:52AM
Transaction ID 29874188
Case No. S10L-03-019 THG

IN AND FOR SUSSEX COUNTY

| | | |
|---|---|---|
| BRANCH BANKING AND TRUST COMPANY, a foreign corporation; Assignee of Mortgage Electronic Registration, a corporation organized and existing under the laws of the state of Delaware, | ) ) ) ) ) ) | PARCEL NO. 1-34-23.16-252.00 <br> C.A. NO. <br> NON-ARBITRATION CASE <br> SCIRE FACIAS SUR MORTGAGE |
| Plaintiff, | ) ) ) | Mortgage Record 9461 <br> Page 88 |
| v. | ) ) ) | Assignment Record 11507 <br> Page 178 |
| RALPH A. PICARD, | ) ) ) | Re-recorded Assignment 11538 <br> Page 260 |
| Defendant. | ) ) | **IN REM** |
| | ) ) ) ) ) | COMPLAINT ALLEGATIONS TO BE ANSWERED BY AFFIDAVIT PURSUANT TO 10 DEL.C. §3901 |

## COMPLAINT

Plaintiff hereby demands that all allegations of the Complaint be answered by Affidavit:

1.  On **FEBRUARY 28, 2007**, Defendant, **RALPH A. PICARD,** executed and delivered to Mortgage Electronic Registration Systems, Inc., Defendants' mortgage, an abstract of which is attached as Exhibit "A".

2.  On **DECEMBER 15, 2009**, Mortgage Electronic Registration Systems, Inc., for valuable consideration, duly assigned its entire interest in and to said mortgage unto Brank Banking and Trust Company, an abstract of which is attached as Exhibit "B".

3. On **JANUARY 20, 2010,** Assignment from Mortgage Electronic Registration Systems, Inc to Brank Banking and Trust Company was re-recorded to correct Assignee name to **BRANCH BANKING AND TRUST COMPANY,** an abstract of which is attached as Exhibit "C".

4. **RALPH A. PICARD** has defaulted in payments and owes Plaintiff the principal amount remaining on the mortgage with interest from **JULY 1, 2009,** together with reasonable counsel fees, late charges and costs.

5. The disclosure required by the Fair Debt Collection Practices Act is attached hereto as Exhibit "D".

WHEREFORE, Plaintiff prays that judgment on the mortgage be entered against Defendant, **RALPH A. PICARD,** for **ONE MILLION THREE HUNDRED FIFTY-EIGTH THOUSAND DOLLARS ($1,358,000.00),** with interest, late charges, counsel fees, costs and all other sums due or become due under the mortgage, to be levied out of the premises described in the mortgage.

WHITTINGTON & AULGUR

/s/ Robert T. Aulgur, Jr.
ROBERT T. AULGUR, JR. (No. 165)
KRISTI J. DOUGHTY (No. 3826)
651 N. BROAD STREET, SUITE 206
PO BOX 1040
MIDDLETOWN, DE 19709
(302) 378-1661
COUNSEL FOR PLAINTIFF