# EXHIBIT "C"

July 21, 2010

Ralph A Picard
38178 Dockside Dr Apt 1265
Selbyville, DE 19975-2858

Re: Loan Number 2000599439

## NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF OWNERSHIP OF MORTGAGE LOAN
## (15 U.S.C. § 1641(g))

You are hereby notified that the ownership of your mortgage loan has been assigned, sold or transferred to Morgan Stanley Mortgage Capital Holdings, LLC, 1585 Broadway, New York, New York 10036, telephone 888-731-9031 ("Creditor"), effective 06/25/2010.

Information about your Mortgage Loan:

| | |
|---|---|
| Borrower Name(s): | Ralph A Picard |
| Property Address: | 2 Cannon St, Fenwick Island, DE 19944 |
| Original Loan Amount: | $1,358,000.00 |

The assignment, sale or transfer of ownership of your loan does not affect any term or condition of your mortgage loan, other than terms directly related to the ownership of your loan.

The servicer of your loan, and the party who has authority to act on behalf of the above referenced Creditor, is Saxon Mortgage Services, Inc. (your "Mortgage Loan Servicer"). If you have any questions relating to the assignment, sale or transfer of your mortgage loan, please call Saxon toll free at 800-594-8422 between 7:00 a.m. and 10:00 p.m. Central Time, Monday through Friday, and between 8:00 a.m. and 2:00 p.m. Central Time on Saturday. The mailing address for your Mortgage Loan Servicer is:

Saxon Mortgage Services, Inc.
ATTN: Customer Service Center
P.O. Box 163405
Fort Worth, TX 76161-0105

The payment address where you should send your mortgage payments is:

Saxon Mortgage Services, Inc.
ATTN: Cashiering
P.O. Box 161818
Fort Worth, TX 76161-1818

Payments should be made to the Mortgage Loan Servicer at the Payment address identified above, or as otherwise noted in any transfer of Servicing Disclosure you may receive.

Evidence of ownership of your mortgage debt is maintained by the Mortgage Loan Servicer.

If you have any questions regarding your mortgage loan or this disclosure, please contact Saxon Mortgage Services, Inc.

**Saxon**
P.O. BOX 161489
FORT WORTH, TX 76161-1489

July 21, 2010

*[signature]*

**54167 0000435 001**
RALPH PICARD
38178 DOCKSIDE DR APT 1265
SELBYVILLE DE 19975-2858

RE: Loan Number 2000599439

Dear Mortgagor:

Saxon Mortgage Services, Inc. ('Saxon') has acquired the servicing of your mortgage Loan. Saxon is committed to making the transfer of your Loan a smooth process. Through people, passion and performance we will strive to exceed your expectations by providing the quality service you deserve.

With the transfer of your Loan to Saxon, we are required to provide you with information regarding the outstanding Debt on the Loan. A Validation of Debt (VOD) communication is standard mortgage industry practice when a loan transfers to a new servicing company. The purpose of the VOD is to ensure that the amount of the Debt shown on our records coincides with your records.

As of July 21, 2010 our records indicate that the Debt consisted of the following:

| DESCRIPTION: | |
|---|---|
| Unpaid principal balance | $1,411,816.07 |
| Late Charges and other fees | $1,909.70 |
| Escrow advances for property taxes, insurance or other required escrow items | $0.00 |
| Accrued interest from 07/01/2010 | $3,094.39 |
| *Total | $1,416,820.16 |

Please make note of the following:
1. Accrued interest, fees and escrow advances, payments received, and other charges may have been assessed or credited to the Loan during the period prior to the transfer of your Loan.
2. **This is not a payoff statement.** You may order a payoff statement or make inquiries about your Loan by contacting Saxon at 888-422-6451.
3. Unless you notify Saxon in writing within thirty (30) days after receipt of this notice that you dispute the validity of the Debt or any portion of the Debt, Saxon will assume the Debt to be valid.
4. **Saxon is the servicer of the Loan and all communication should be addressed to Saxon at the address below.**
5. Saxon Mortgage Services, Inc. is the servicer for the creditor to whom the Debt is owed; the creditor is MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS. **(Make your check payable to Saxon Mortgage Services, Inc.)**
6. Within thirty (30) days of the receipt of this notice you may request in writing that Saxon provide you with the name and address of the original creditor, if different than the current creditor as set forth in Item 5 above. Upon your written request, Saxon also will obtain verification of the Debt and a copy of the verification will be mailed as you direct.
7. If an attorney represents you, please forward this notice to the attorney and submit any applicable information about your attorney to Saxon in writing at the address below.
8. Submit written inquiries or other Loan information to:

Saxon Mortgage Services, Inc.
Customer Relations
P.O. Box 163405
Fort Worth, TX, 76161-3405