# EXHIBIT "F"



8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129
1-800-315-4SLS (4757)

3/29/2013

RALPH A PICARD
38178 DOCKSIDE DRIVE UNIT 1265
SELBYVILLE, DE 19975

RE: Transfer of Loan Servicing
Specialized Loan 1005874711
2 CANNON ST
FENWICK ISLAND, DE 19944

Dear Customer:

Specialized Loan Servicing, LLC is the present servicer of your mortgage loan. Effective 4/16/2013 the servicing of your mortgage will be transferred to Select Portfolio Servicing Inc. This transfer does not affect the terms and conditions of your mortgage, other than those directly related to servicing. Because of the change in servicer, we are required to provide you with this disclosure.

Specialized Loan Servicing cannot accept any payments received after 4/15/2013. Effective 4/16/2013, all payments are to be made to Select Portfolio Servicing Inc. Any payments received by Specialized Loan Servicing after 4/16/2013 will be forwarded to Select Portfolio Servicing Inc. Select Portfolio Servicing Inc will be contacting you shortly with payment instructions. Until you have received your payment instructions, please remit future payments to:

Select Portfolio Servicing Inc
PO Box 65450
Salt Lake City, UT 84165-0450

If you currently make payments by an automatic checking or savings account deduction, that service will discontinue approximately three days prior to the transfer date. After the servicing transfer, you may request this service from Select Portfolio Servicing Inc.

In January 2014, you will receive a statement from Specialized Loan Servicing reflecting the amount, if any, of the interest and taxes paid on your behalf in 2013. A similar statement will be sent by Select Portfolio Servicing Inc for the period beginning 4/16/2013 through year-end. Both statements must be added together for income tax purposes.

If you have any questions concerning your account through 4/16/2013, you should continue to contact Specialized Loan Servicing, LLC Customer Care Center, at 1-800-315-4757, Monday through Friday, between 6:00 a.m. and 6:00 p.m. MST. Borrowers who need to use a telecommunication device for the deaf can reach us at 1-800-268-9419, Monday through Friday, between the hours of 8:00 a.m. and 5:00 p.m. MST. Questions after the transfer date should be directed to Select Portfolio Servicing Inc Customer Service Department at 1-(800) 258-8602, Monday through Friday, between 7:00 AM and 8:00 PM EST.

It has been a pleasure to serve your mortgage banking needs.

Sincerely,

Loan Servicing Department
Specialized Loan Servicing

8742 Lucent Blvd Suite 300    Highlands Ranch, CO    80129
Direct 720-241-7200    Fax 720-241-7220

NOTICE OF ASSIGNMENT, SALE OR TRANSFER
OF SERVICING RIGHTS

You are hereby notified that the servicing of your mortgage loan, that is the right to collect payments from you, is being assigned, sold or transferred.

The assignment, sale or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than the terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present servicer send you a notice at least 15 days before the effective date, or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date.

This notification is a requirement of Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605). You should also be aware of the following information, which is set out in more detail in Section 6 of RESPA (12 U.S.C. 2605).

During the 60 day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed upon you.

Section 6 of RESPA (12 U.S.C. 2605) gives you certain consumer rights. If you send a **"qualified written request"** to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgement within 5 Business Days of receipt of your request. A **"qualified written request"** is written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number and your reasons for the request. If you want to send a **"qualified written request"** regarding the servicing of your loan, it must be sent to this address:

Select Portfolio Servicing Inc
Attn: Customer Advocacy, PO Box 65277
Salt Lake City, UT 84165-0277

No later than 30 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 30 Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, **this does not prevent the servicer from initiating foreclosure** if proper grounds exist under the mortgage documents.

A Business Day is any day excluding legal public holidays (State or federal), Saturday and Sunday.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals, in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

MIRANDA DISCLOSURE – For your protection, please be advised that we are attempting to collect a debt and any information obtained will be used for that purpose. Calls will be monitored and recorded for quality assurance purposes. If you do not wish for your call to be recorded please notify the customer service associate when calling.

BANKRUPTCY INSTRUCTION – Attention to any customer in Bankruptcy or who has received a bankruptcy discharge of this debt. Please be advised that this letter constitutes neither a demand for payment of the captioned debt nor a notice of personal liability to any recipient hereof who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of our lien against the collateral property, which has not been discharged in your bankruptcy.

8742 Lucent Blvd Suite 300 Highlands Ranch, CO  80129
Direct 720-241-7200    Fax 720-241-7220