# EXHIBIT "H"



**SPS | SELECT Portfolio SERVICING, inc.**

June 12, 2013

RALPH A PICARD
38178 DOCKSIDE DR UNIT 1265
SELBYVILLE, DE 19975

RE:   Account No:        0014775019
      Property Address:  2 CANNON ST
                         FENWICK ISLAND, DE 19944

Dear RALPH A PICARD:

Select Portfolio Servicing, Inc. (SPS) acknowledges your request for information regarding the name of the "owner", sometimes also referred to as the "investor", "creditor", and/or "note holder", of the above referenced account.

TH Mortgage Opportunity Corp. is the owner of the account, and SPS is the mortgage servicer of the account.

As the mortgage servicer, SPS is authorized to collect all payments and administer the terms of the note and security instrument. Questions or disputes regarding the account and any requests for mortgage assistance should be directed to SPS in order to ensure a timely response and resolution.

SPS is committed to home retention and offers many assistance options designed for customers who are experiencing temporary or permanent hardship. These options are offered at no cost to our customers and may include structured repayment plans, mortgage modifications, or account settlement alternatives. If you are experiencing a financial hardship, please call us as soon as possible to discuss your situation and the options that may be available to you.

If you have any questions or concerns, please contact our Customer Service Department. Our toll-free number is (800) 258-8602, and representatives are available Monday through Thursday from 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time. You may also visit our website: www.spservicing.com.

Sincerely,

**Esta carta contiene información importante concerniente a sus derechos. Por favor, hágala traducir. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta llamando al teléfono (800) 831-0118 y marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**



AD412                    00005674000028010100                    0014775019



June 12, 2013

RALPH A PICARD
38178 DOCKSIDE DR UNIT 1265
SELBYVILLE, DE 19975

Account Number: 0014775019
Property Address: 2 CANNON ST
FENWICK ISLAND, DE 19944

Dear Customer(s),

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, has received correspondence from you or your authorized agent regarding this account. We thank you for this opportunity to assist you and have forwarded this correspondence to the appropriate department for handling.

SPS is committed to home retention and offers many assistance options designed for customers who are experiencing temporary or permanent hardship. If you are experiencing a financial hardship, please call us as soon as possible to discuss your situation and the options that may be available to you.

If you are sending a payment, please note that the correct mailing address for payments is:

Select Portfolio Servicing, Inc.
Attention: Remittance Processing
P.O. Box 65450
Salt Lake City, UT 84165-0450

Also, for your convenience. SPS offers the following payment options:

- **Automated Clearing House:** You pre-authorize SPS to withdraw funds equal to your monthly payment from your account on a specific date each month. There is no cost for this service.

- **EZ Pay By Phone:** For each payment, you authorize SPS to draft from your checking account a specific amount on a date that you specify. A fee of up to $15.00 may be charged for each EZ Pay payment you authorize.

- **EZ Pay By Web (www.spservicing.com):** For each payment, you authorize SPS to draft from your checking account a specific amount on a date that you specify. A fee of up to $15.00 may be charged for each EZ Pay payment you authorize.

- **Western Union Quick Collect:** To make a Western Union Quick Collect payment to SPS, you need to use the Code City "OSWALD" and the Code State "UT." If you want to transmit the payment to SPS on the same day, you must use the blue and white Quick Collect form, check the Urgent box, and advise the Western Union agent that you want the Urgent deliver option. There is a Western Union charge for this service.



AD920                                    00005637000443010200                                    0014775019

At SPS, any of our trained servicing representatives can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available loan resolution options. If you have any questions or concerns, please contact our Customer Service Department. Our toll-free number is 800-258-8602, and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

You may also visit our website: www.spservicing.com.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, hágala traducir. Nuestros representantes bilingues están a su disposición para contestar cualquier pregunta llamando al teléfono (800) 831-0118 y marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**



AD920                                   00005637000443020200                                   0014775019