# EXHIBIT "J"



440 S. LaSalle Suite 2000
Chicago, IL 60605

 1-775-00925-0000294-001-01-000-000-000-000

RALPH A PICARD
678A YARBOROUGHWAYSOUTH
MONROE TWP NJ 08831



## Fair Debt Collection Practices Act (FDCPA) Validation Notice

04/22/14

RALPH A PICARD
678A YARBOROUGHWAYSOUTH
MONROE TWP NJ 08831

    Account Number: 54444
    Re:  2 CANNON STREET
         FENWICK ISLAND DE 19944

(1) The amount of the Debt is: $1,411,646.59

(2) We are collecting the debt on behalf of: Citibank, N.A. as beneficial owner for CMLTI Asset Trust

(3) Unless within thirty days after receipt of this notice, you dispute the validity of the debt or any portion thereof, the debt will be assumed to be valid by Fay Servicing.

(4) If you notify Fay Servicing in writting with thirty days after receipt of this notice, that the debt, or any portion thereof, is disputed, Fay Servicing will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you.

(5) Upon your written request within thirty days after receipt of this notice, Fay Servicing will provide you with the name and address of the original creditor, if different from the current creditor.



Not later than 30 Business Days after receiving your request, your servicer must make any appropriate corrections to your account and must provide you with a written clarification regarding any dispute. During this 30-Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

Fay Servicing
04/22/14



## Welcome to Fay Servicing LLC

Welcome to Fay Servicing, your new mortgage loan servicer. This Welcome Kit is designed to introduce you to our company and help you understand the new model for loan servicing that we employ. At Fay Servicing, we do not adopt the standard approach to loan servicing because our business is not just about debt collection on an account number associated with your loan. At Fay Servicing we understand that you are not just a loan number - **you are a homeowner** - and we are dedicated to making sure that you receive the individual attention and debt management assistance you deserve.

### The Old Model

When was the last time you tried to contact your mortgage loan servicer? Did you have to go through countless automated prompts, enter and reenter your loan number three or four times only to find that when you finally did reach someone they asked for it again? After confirming your loan number and explaining your situation, did you find that your servicing agent could not help you and could not direct you to anyone who could?

Traditionally, mortgage loan servicing companies are impersonal businesses where servicing agents are assigned to 1500-2000 accounts at a time and are trained to do little more than collect payments. With that much of a workload, even a hardworking, well intentioned servicer could not give you the attention you deserve. When there is a problem with your statement or an issue involving a monthly payment, finding the right person to talk to about your loan is a time consuming task that too often leaves borrowers frustrated and unsuccessful.

### The Fay Model

Here at Fay Servicing, when you want to talk to your loan servicer, you will never be prompted to dial your loan number; and when you call us, you get a person on the other end of the line. That person will *know* who you are and your loan situation and is trained and authorized to provide you with the assistance you need.

At Fay Servicing, your mortgage loan is serviced by an Account Manager. Fay Servicing Account Managers are educated financial professionals who maintain less than 20% of the account loads that burden traditional servicers. Your *personal* Account Manager, a competent professional who understands today's mortgage market and cares about you and your home, has extensive experience working with mortgage loans and loan processes.

If you have questions or concerns about your loan or if you want to talk to your mortgage servicing company, we are here to help and ready to assist you.

Please don't hesitate to contact your Account Manager today!

Fay Servicing is a debt collector, and information you provide to us will be used to collect a debt. However, if you have filed for bankruptcy, we will fully respect any applicable automatic stay, modification or discharge. Further, If you filed Chapter 7 bankruptcy, received a discharge, and this loan was not reaffirmed in the bankruptcy case, we will exercise only in rem rights as allowed under applicable law and will not attempt to collect, recover or offset the discharged debt as your personal liability.



## Welcome Kit Check List

Below is a list of all items included in this Welcome Kit and a brief description of each for your review. If you have any questions, please call us! You can contact your Account Manager today.

- **Servicing Transfer Letter:** This letter verifies the Transfer of Servicing Letter you should have received from your former servicing company. Keep this letter in your files. It contains pertinent information about contacting your Account Manager, information about how to submit your mortgage payments to Fay Servicing, and some general information about the transfer of your loan's servicing to Fay Servicing.
- **ACH Enrollment Form:** This enrollment letter offers you the ability directly debit a checking account to make your monthly mortgage payment. Once set up, your payment will be conveniently deducted on a specific date each month, which will avoid the time and the hassle of mailing us a check each month as well as the delay associated with processing payments through the mail.
- **Debt Validation Notice:** As required by the Fair Debt Collections Practices Act, this Notice gives you important information about your rights under the Act.

Fay Servicing is a debt collector, and information you provide to us will be used to collect a debt. However, if you have filed for bankruptcy, we will fully respect any applicable automatic stay, modification or discharge. Further, If you filed Chapter 7 bankruptcy, received a discharge, and this loan was not reaffirmed in the bankruptcy case, we will exercise only in rem rights as allowed under applicable law and will not attempt to collect, recover or offset the discharged debt as your personal liability.



# NOTICE OF SERVICING TRANSFER

The servicing of your mortgage loan is being transferred, effective 04/15/14. This means that after this date, a new servicer will be collecting your mortgage loan payments from you. Nothing else about your mortgage loan will change.

Select Portfolio Servicing Inc is now collecting your payments. Select Portfolio Servicing Inc will stop accepting payments received from you after 04/15/14.

Fay Servicing, LLC will collect your payments going forward. Your new servicer will start accepting payments from you on 04/15/14.

Send all payments due on or after 04/15/14 to Fay Servicing, LLC at this address: PO BOX 3187, Carol Stream, IL 60132-3187.

If you have any questions for either your present servicer, Select Portfolio Servicing Inc or your new servicer Fay Servicing, LLC, about your mortgage loan or this transfer, please contact them using the information below:

| Current Servicer:<br>Select Portfolio Servicing Inc<br>(800) 258-8602 | New Servicer:<br>Fay Servicing, LLC<br>Customer Service Dept.<br>(800) 495-7166<br>440 S. LaSalle Suite 2000<br>Chicago, IL 60605 |
|---|---|

**Important note about insurance:** If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may affect your insurance in the following way: Fay Servicing does not offer any form of optional insurance. If you have mortgage, life, disability or any other type of optional insurance you must contact your current insurance carrier to determine what you must do to retain coverage.

Under Federal Law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer on or before its due date may not be treated by the new servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 USC 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 5 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reason for the request. If you want to send a "qualified written request" regarding the servicing of your loan, it must be sent to this address: Fay Servicing, LLC, 901 S. 2nd St., Suite 201, Springfield, Illinois 62704.

Effective 01/10/2014



### Important Information

**MAKING MORTGAGE PAYMENTS**
**BY MAIL (USPS):** If you are making payments by mail, please submit each monthly payment with a Fay Servicing Mortgage Statement that will be mailed to you shortly in a self-addressed envelope that will be sent separately. Make your check payable to Fay Servicing, LLC, write your Fay Servicing Loan Number on your check or money order, and mail your payment to us at the following Payment Processing Address:

>Fay Servicing
>Customer Service Payment Processing
>PO BOX 3187
>Carol Stream, IL 60132-3187

Please allow 6-10 business days for payment processing. It is important that you mail payments to this Payment Processing Address. Mailing your payment to any other address will result in a delay in posting your payment.

**BY AUTOMATIC PAYMENT (ACH):** If you enroll in our Automatic Payment plan, your payment will be withdrawn from your bank account on the date your loan payment is due (generally the first day of the month). You can enroll with the ACH Enrollment Form included with this Welcome Kit.

**ONLINE PAYMENTS:** You may make your payment electronically via our secure payment website. You may also choose to GO GREEN and elect paperless billing and viewing of your monthly statement. If you prefer to make payments online, please contact your Account Manager to obtain your Username and Password in order to log in at www.fayservicing.com.

**MILITARY & THIRD PARTY PAYMENTS:** If your payment is made by military allotment or a third party payment service- You must contact the Defense Finance and Accounting Service or your payment service company immediately and instruct them to send your payments to Fay Servicing instead of the previous company. Your payment must include the Payment Processing Address above and your new loan number.

**TAX AND INTEREST STATEMENTS:** By January 31st, Fay Servicing and your previous mortgage company will mail statements of mortgage interest and property taxes paid during the period your loan was serviced by each company this year.

**QUESTIONS:** If you have any questions please contact your personal Home Loan Consultant or call us toll free at (800) 495-7166. Our office is open Monday – Friday 9:00 a.m. to 5:00 p.m. (CT) and Saturday 10:00 a.m. to 2:00 p.m. (CT). Fay Servicing is committed to providing honest and impeccable service. We look forward to serving you. If you wish to contact Fay Servicing in writing, please do so at Fay Servicing Customer Correspondence, PO BOX 809441 Chicago, IL 60680.

**COMPLAINTS:** If you have problems after your loan is transferred during any potential Modification process or for any reason you can send a note to the Office of the President at complaints@fayservicing.com.

**IL RESIDENTS:** The primary regulatory agency having jurisdiction over Fay Servicing in Illinois is the Illinois Department of Financial and Professional Regulation (IDFPR), 122 S. Michigan Ave., 19th Floor, Chicago, IL 60603.



## AUTOMATIC PAYMENT (ACH) AUTHORIZATION FOR MORTGAGE PAYMENT

Fay Servicing, LLC offers a convenient system that automatically deducts your payment from your checking or savings account each month. To take advantage of this *FREE* service, simply complete this Automatic Payment (ACH) Authorization below and return it along with an unsigned voided check* or encoded deposit slip* to: Fay Servicing, 440 S. LaSalle St, Chicago, IL 60605.

> (*The voided check or deposit slip must be preprinted with your name, account number, and financial institution's ABA number. The ABA number is located on the bottom left of your check or deposit slip. ABA numbers starting with a 5, 6, 7, 8, or 9 are not valid. Please contact your financial institution if you are unsure whether your deposit slip contains a valid ABA number).

**Borrower Name**                                            **Fay Servicing Loan Number**

_____

**Co-Borrower Name**

_____

**Account Holder Name:**

_____

I hereby authorize Fay Servicing, LLC to initiate debit entries in the amount of my monthly payment, including applicable optional insurance and/or escrows, plus any current late charge or NSF fee, to my checking or savings account at my depository institution. I acknowledge that the origination of debit transactions to my account must comply with provisions of U.S. laws.

If I have an adjustable rate mortgage (ARM) loan, my principal and interest may vary with changes to my interest rate. Additionally, if I have a loan that is escrowed for taxes and/or insurance, my total monthly payment amount may vary with changes in my escrow requirements.

This authority is to remain in effect until I notify Fay Servicing, LLC in writing and the written notice is received at least 3 days prior to the next payment draft date or until I receive written notification of termination from Fay Servicing, LLC. Fay Servicing, LLC has the right to collect a fee from me on all returns due to insufficient funds.

Please allow 30 days for the processing of your authorization form. Please continue to make your payments until you are notified in writing when the first debit entry will begin.

Please check one:
**Draft On:**    ☐ 1st    ☐ 5th    ☐ 10th    ☐ 15th    ☐ Other    ☐ Biweekly

**If Other, please write in day of the month to draft here (must be prior to the 26th):** _____

**If Biweekly, please write the date to start the draft here (must be at least 30 days from date sent in):** _____

_____



Financial Institution Name: _____   City, State, and ZIP: _____

ABA#: _____   Account Number: _____

*Please check one:*
**Account Type:**   ☐ Checking   ☐ Savings

**Optional:** I elect to have an amount drafted that is greater than my monthly payment including applicable optional insurance and/or escrows. I understand that additional amounts will be applied as principal subject to payment of all past due months. Additional draft amount: $_____.

The authorization to initiate debit entries from my account will remain in full force and effect until I notify Fay Servicing, LLC in writing and the written notice is received in such manner and time frame as to afford Fay Servicing, LLC and our correspondent bank a reasonable opportunity to act upon it, or until I receive written notification of termination from Fay Servicing, LLC. If the servicing of your loan is sold at any time, you will be canceled from the program. Fay Servicing, LLC has the right to collect a fee from me on all returns due to insufficient funds.

**Borrower's Signature:** _____   **Date:** _____

**Co-Borrower's Signature:** _____   **Date:** _____

**Account Holder's Signature:** _____   **Date:** _____

**ATTACH VOIDED CHECK HERE**

Servicemembers Civil Relief Act
Notice Disclosure

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act ( 50 USC App. §§ 501-597b) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps, and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6% during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

## How Does a Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

Fay Servicing
PO Box 809441
Chicago, IL 60680

- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemembers to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php.
- "Military OneSource" is the U.S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.com/scra or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.