IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 13-13309(KJC) |
| RALPH A. PICARD, ) | Chapter 11 |
| ) | |
| Debtor. ) | Reference Docket No. 77, 97 |
| ) | |

ORDER SUSTAINING OBJECTION TO PROOFS
OF CLAIM #4 AND #6 FILED BY STONEBRIDGE BANK

AND NOW, THIS __14th__ day of __July__, 2014, having considered the Debtor's *Objection to Proofs of Claim #4 and #6 Filed by Stonebridge Bank* (the "Objection") and having considered any response thereto; and it appearing that cause exists for granting the relief requested in the Objection; it is hereby

ORDERED that Proof of Claim #4, filed by Stonebridge Bank is hereby expunged; and it is further

ORDERED that the Claim #6, filed by Stonebridge Bank, is hereby reduced to $1,665,260.92 and reclassified as unsecured.

_____
THE HONORABLE KEVIN J. CAREY
U.S. Bankruptcy Court Judge