IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 13-13309(KJC) |
| RALPH A. PICARD, ) | Chapter 11 |
| ) | |
| Debtor. ) | Reference Docket No. 83, 97 |
| ) | |

**ORDER SUSTAINING DEBTOR'S OBJECTION TO
CLAIM #1 OF BRANCH BANK AND TRUST COMPANY**

AND NOW, THIS __14th__ day of __July__, 2014, having considered the Debtor's *Objection to Proof of Claim #1 Filed by Branch Bank and Trust Company* (the "Objection") and having considered any response thereto; and it appearing that cause exists for granting the relief requested in the Objection; it is hereby

ORDERED that Proof of Claim #1, filed by Branch Bank and Trust Company, is hereby reclassified to an unsecured claim; and it is further

ORDERED that Proof of Claim #1 is allowed in its original amount of $380,777.04.

_____
THE HONORABLE KEVIN J. CAREY
U.S. Bankruptcy Court Judge